DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ORMANDO D. WESBY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-2217

[November 21, 2018]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Dennis D. Bailey, Judge; L.T. Case No. 13-15181 CF10A.

Ormando D. Wesby, Milton, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, CIKLIN and KUNTZ, JJ., concur.

\*      \*      \*

*Not final until disposition of timely filed motion for rehearing.*